

FILED
MAY 28 2019
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:19-MJ-_68_ |
| | ) (Misdemeanor) |
| MARK A. WHITTEMORE | ) VA 19 |
| | ) |
| | ) Court Date: May 31, 2019 |
| | ) Time: 8:30 a.m. |

## CRIMINAL INFORMATION

### COUNT ONE
### (Misdemeanor) Ticket No. 6840612

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 25, 2019, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and the Eastern District of Virginia, the defendant, MARK A. WHITTEMORE, did knowingly and unlawfully operate a motor vehicle while under the influence of alcohol. (In violation of Title 18, United States Code, Sections 7 & 13, assimilating Code of Virginia, Section 18.2-266 and 270(A)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
JENNIFER E. BAYLES QUIRK
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
Jennifer.e.baylesquirk.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on May 28, 2019 I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant MARK A. WHITTEMORE.

.

                      _____
                      JENNIFER E. BAYLES QUIRK
                      Attorney for the Government
                      United States Attorney's Office
                      2732 Madison Avenue
                      Fort Eustis, Virginia 23604
                      Phone: (757) 878-2205, ext 234
                      Fax: (757) 878-5289
                      Jennifer.e.baylesquirk.mil@mail.mil